**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | |
| **Plaintiff,** | | |
| **v.** | **CASE NO. 2:26-PO-00007** | |
| | **MAGISTRATE JUDGE JOLSON** | |
| **AMBER L GOKAY,** | | |
| **Defendant.** | | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case be DISMISSED.

s/Kimberly A. Jolson

**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

3/4/2026

**DATE**